# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 3:24-cv-00690-FDW-SCR

| | |
|---|---|
| ZAHEEM QASIM,<br><br>     Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br>NATIONAL ASSOCIATION,<br><br>     Defendant. | **CONSENT ORDER** |

**THIS MATTER** is before the Court at the request of the parties for entry of a Consent Order staying the case pending private arbitration. The parties have informed the Court and agree as follows:

(1) During his employment with Defendant, Plaintiff executed a valid and enforceable arbitration agreement (Agreement) governed by the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

(2) The claims raised in Plaintiff's Complaint (ECF No. 1) fall squarely within the scope of the Agreement.

Based on the foregoing, it is **ORDERED** that the parties shall submit their dispute to binding arbitration in accordance with their agreement and this case is **STAYED** pending the outcome of the parties' binding arbitration. *See* 9 U.S.C. § 3.

The parties shall submit a status report 90 days from the entry of this Order and every 90 days thereafter until this matter is dismissed or the stay is lifted.

**SO ORDERED.**

Signed: August 23, 2024

Susan C. Rodriguez
United States Magistrate Judge