IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ZAHEEM QASIM,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 3:24-cv-00690-FDW-MTO<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Text-Only Order to Show Cause filed September 17, 2026, Plaintiff Zaheem Qasim ("Mr. Qasim") and Defendant Wells Fargo Bank National Association ("Wells Fargo) hereby submit this Joint Status Report.

1. On July 28, 2026, Arbitrator Carl Horn, III granted Wells Fargo's Motion for Summary Judgment and dismissed Mr. Qasim's claims with prejudice.
2. AAA e-mailed Arbitrator Horn's order to the parties and closed its file on July 29, 2026.
3. Pursuant to 9 U.S.C. § 12, Mr. Qasim has until October 29, 2026, to move to vacate Arbitrator Horn's order/award.
4. Pursuant to 9 U.S.C. § 9, Wells Fargo has until July 29, 2027, to move to confirm Arbitrator Horn's order/award.
5. On August 28, 2026, Mr. Qasim's counsel sought leave from Arbitrator Horn to withdraw as Mr. Qasim's counsel.

6. Due to a question concerning Arbitrator Horn's jurisdiction to grant such relief, Mr. Qasim's counsel intends to promptly file a motion to withdraw in this Court.
7. The parties respectfully request the opportunity to file another status report with the Court after October 29 – the deadline for Mr. Qasim to file a motion to vacate the award – but no later than November 13, 2026.

Respectfully submitted this 25th day of September 2026.


*/s/ Lee M. Thomas*
R. Bryan Holbrook (NC State Bar: 56201)
Lee M. Thomas (NC State Bar: 50310)
FISHER & PHILLIPS LLP
227 West Trade Street, Suite 2020
Charlotte, NC 28202
Tel: (704) 334-4565
Fax: (704) 334-9774
bholbrook@fisherphillips.com
lthomas@fisherphillips.com
*Attorneys for Wells Fargo*

*/s/ John R. Buric*
John R. Buric (NC State Bar: 22688)
John R. Brickley (NC State Bar: 41126)
JAMES, McELROY & DIEHL, P.A.
525 N. Tryon Street, Suite 700
Charlotte, NC 28202
Tel: (704) 372-9870
Fax: (704) 333-5508
jburic@jmdlaw.com
jbrickley@jmdlaw.com
*Attorneys for Mr. Qasim*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ZAHEEM QASIM,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 3:24-cv-00690-FDW-MTO<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this day a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve counsel for Plaintiff, as follows:


John R. Buric (NC State Bar: 22688)
John R. Brickley (NC State Bar: 41126)
JAMES, McELROY & DIEHL, P.A.
525 N. Tryon Street, Suite 700
Charlotte, NC 28202
Tel: (704) 372-9870
Fax: (704) 333-5508
jburic@jmdlaw.com
jbrickley@jmdlaw.com
*Attorneys for Plaintiff*


Dated this 25th day of September 2026.

*/s/ Lee M. Thomas*
Lee M. Thomas
*Attorney for Wells Fargo*